# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ROY J. JONES,**
        **Petitioner,**

    **v.**                           **Case No. 06C0967**

**WILLIAM POLLARD,**
        **Respondent.**

## ORDER

On November 6, 2006, I denied Roy Jones' request for a habeas corpus certificate of appealability. A certificate of appealability is required for appeal of a habeas corpus decision under 28 U.S.C. § 2253. On November 9, 2006, Jones filed a motion for reconsideration of my denial of such a certificate. However, no statute permits a motion for reconsideration in relation to such a denial.

**THEREFORE, IT IS ORDERED** that petitioner's motion for reconsideration is **DENIED**.

Dated at Milwaukee, Wisconsin, this 19 day of November, 2006.

                                          /s
                                          LYNN ADELMAN
                                          District Judge